# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHELL DAVID JEYS,<br><br>            Plaintiff,<br><br>      v.<br><br>AUDRY KING, et al.,<br><br>            Defendants. | Case No.  1:16-cv-01913-BAM (PC)<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

   Plaintiff Cathell David Jeys ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Individuals detained under California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

   Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis in this matter, as required by 28 U.S.C. § 1915. Accordingly, the Court HEREBY ORDERS that:

   1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

///

///

///

1

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action; and

3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 28, 2016**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE