# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHELL DAVID JEYS, | Case No. 1:16-cv-01913-BAM (PC) |
| Plaintiff, | ORDER RE-CAPTIONING CASE |
| v. | |
| AUDRY KING, et al., | |
| Defendants. | |

Plaintiff Carthell David Jeys ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 4.)

On January 11, 2017, the Court noticed that Plaintiff's first name is spelled "Carthell," not "Cathell," as it has been spelled on the Court's docket and in prior orders (ECF Nos. 2 and 3.) The Court will order this case to be re-captioned, sua sponte.

Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated:   **January 11, 2017**             /s/ Barbara A. McAuliffe             
                                         UNITED STATES MAGISTRATE JUDGE